UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COULOMB SOLUTIONS, INC.,

        Plaintiff(s),                             Case No. 2:24-cv-11048-NGE-CI

v.                                                     Judge Nancy G. Edmunds

WORKHORSE TECHNOLOGIES, INC.         Magistrate Judge Curtis Ivy, Jr.

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __31__, filed __February 19, 2025__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Marlena Williams__ at __(313) 234-5157__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: February 19, 2025                             s/Marlena Williams
                                                                    Deputy Clerk